PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Mar 14, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>JESSE TORRES-ALONSO,<br><br>             Defendant. | CASE NO. 1:24-mj-00032-SAB<br><br>MOTION AND ORDER TO SEAL CASE |

The government moves the Court to seal the Complaint and all other filings in this case. these documents pertain to an ongoing criminal investigation that is neither public nor known to all of the targets of this investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize this investigation, cause the flight of the defendant, and better ensure the safety of agents and the general public at the time the arrest warrant is executed.

Dated: March 14, 2024

Very truly yours,
PHILLIP A. TALBERT
United States Attorney


*/s/ Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

1

PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JESSE TORRES-ALONSO,<br><br>　　　　　　　Defendant. | CASE NO. 1:24-mj-00032-SAB<br><br>ORDER TO SEAL CASE |

　　　Good cause appearing, it is ordered that the Complaint and other court filings in the case be SEALED.

　　　IT IS SO ORDERED.

DATED: March 14, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE