1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-MJ-00032-SAB |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL CASE |
| v. | |
| JESSE TORRES-ALONSO, | |
| Defendant. | |

The government moves the Court to unseal the Complaint and all other filings in this case. On March 15, 2024, the defendant was arrested and will make his initial appearance as soon as possible. Therefore, the case should be unsealed to advise the defendant of the charge against him.

Dated: March 15, 2024                        Very truly yours,

                                             PHILLIP A. TALBERT
                                             United States Attorney


                                             */s/ Karen A. Escobar*
                                             KAREN A. ESCOBAR
                                             Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JESSE TORRES-ALONSO,<br><br>　　　　　　　　Defendant. | CASE NO. 1:24-MJ-00032-SAB<br><br>ORDER TO UNSEAL CASE |

　　　Good cause appearing by the motion of the United States of America due to the defendant's pending initial appearance in this case, it is ordered that the Complaint and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

　Dated:　**March 15, 2024**　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2