HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JESSE TORRES-ALONSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>JESSE TORRES-ALONSO,<br><br>*Defendant.* | Case No. 1:24-cr-00060-NODJ-BAM<br><br>**STIPULATION TO MODIFY PRETRIAL RELEASE CONDITION; ORDER** |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for Jesse Torres-Alonso, that the Court may temporarily modify Condition 7(n) of his pretrial release to allow Mr. Torres-Alonso to attend and participate as a groomsman in his cousin's wedding in Bakersfield, California.

   The parties agree and request that the Court make the following findings:

   1.  On March 21, 2024, the Court release Mr. Torres-Alonso on conditions of pretrial release that included home detention. ECF Dckt. # 16, p 2.  Pursuant to Condition 7(n) of Mr. Torres-Alonso's pretrial release conditions, he "must remain inside [his] residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV

1  appointments, banking needs, or other activities that cannot be completed by another person on
2  your behalf."

3      2.    Since beginning his term of pretrial release Mr. Torres-Alonso has been in full
4  compliance with all his terms. United States Pretrial Release Officer Frank Guerrero has been
5  supervising Mr. Torres-Alonso.

6      3.    Mr. Torres-Alonso's cousin, Arnulfo Torres, is getting married on Saturday, May
7  4, 2024, in Bakersfield, California. The wedding is taking place at St. Francis Roman Catholic
8  Church, at 900 H. St., in Bakersfield. The ceremony is scheduled to begin at 2:00 p.m. Mr.
9  Torres-Alonso has been asked to be in the wedding party and will be a part of the services. There
10 is a rehearsal for the services on May 3, 2024. The rehearsal is also at the aforementioned
11 church.

12     4.    Mr. Torres-Alonso is seeking permission to leave his home from 5:30 p.m. to 8:00
13 p.m. on May 3, 2024, so that he can attend the rehearsal. Further, he is seeking permission to
14 leave his home from 1 p.m. to 8 p.m. on May 4, 2024 so that he can attend the wedding and be at
15 part of the reception. Mr. Torres-Alonso will be accompanied at both events by his third-party
16 custodian.

17     4.    Defense counsel contacted Officer Guerrero regarding his position on this request
18 on April 29, 2024. Officer Guerrero advised that he has no objection.

19     5.    Counsel for the government likewise has no objection to this request.

20 **IT IS SO STIPULATED.**

21     Respectfully submitted,

22
23     PHILLIP A. TALBERT
       United States Attorney

24 Date: April 30, 2024    */s/ Karen Escobar*
25     KAREN ESCOBAR
       Assistant United States Attorney
26     Attorney for Plaintiff

27
28

|  |  |
|---|---|
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 30, 2024 | */s/ Griffin Estes*<br>GRIFFIN ESTES<br>Assistant Federal Defender<br>Attorney for Defendant<br>JESSE TORRES-ALONSO |

## **O R D E R**

**IT IS SO ORDERED.** The Court approves the defendant's request to be absent from his home from 5:30 p.m. to 8:00 p.m. on May 3, 2024. Further the Court approves his request to be absent from his home from 1 p.m. to 8 p.m. on May 4, 2024.

IT IS SO ORDERED.

Dated:   **May 1, 2024**

UNITED STATES MAGISTRATE JUDGE