PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE TORRES-ALONSO,<br><br>Defendant. | CASE NO. 1:24-CR-00060-NODJ-BAM<br><br>STIPULATION FOR CONTINUANCE AND EXCLUSION OF TIME; ORDER<br><br>DATE: May 22, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendant JESSE TORRES-ALONSO, both individually and by and through his counsel of record, GRIFFIN ESTES, hereby stipulate as follows:

1. This matter is currently set for a status conference on May 22, 2024.

2. By this stipulation, the parties jointly move for continuance July 10, 2024, at 1:00 p.m., The parties stipulate that the delay is required to allow the defense reasonable time for preparation, investigation, and consideration of the government's plea offer dated March 25, 2024. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between May 22, 2024, and July 10, 2024, be excluded

pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  May 16, 2024                                  PHILLIP A. TALBERT
                                                                              United States Attorney

                                                                              /s/ KAREN A. ESCOBAR
                                                                              KAREN A. ESCOBAR
                                                                              Assistant United States Attorney


Dated:  May 16, 2024                                  /s/ GRIFFIN ESTES
                                                                              GRIFFIN ESTES
                                                                              Counsel for Defendant
                                                                              JESSE TORRES-ALONSO


**ORDER**

IT IS SO ORDERED that the status conference is continued from May 22, 2024, to **July 10, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  **May 16, 2024**                           /s/ Barbara A. McAuliffe
                                                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION                                                      2