PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00060 NODJ-BAM |
| Plaintiff, | STIPULATION FOR CONTINUANCE AND EXCLUSION OF TIME; ORDER |
| v. | DATE: July 10, 2024 |
| JESSE TORRES-ALONSO, | TIME: 1:00 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendant JESSE TORRES-ALONSO, both individually and by and through his counsel of record, GRIFFIN ESTES, hereby stipulate as follows:

1.      This matter is currently set for a status conference on July 11, 2024.

2.      By this stipulation, the parties jointly move for a continuance to September 11, 2024, at 1:00 p.m. The parties stipulate that the delay is required to allow the defense reasonable time to confer regarding the government's plea offer dated March 25, 2024. Defense counsel requires additional time to meet and confer with his client regarding the government's plea offer, and to prepare the case.

3.      The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties further agree that they will vacate the status conference date and set the matter for a change of plea, in the event the defendant signs the plea agreement.

STIPULATION                                    1

4.      The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between July 10, 2024, and September 11, 2024, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  June 24, 2024                        PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ KAREN A. ESCOBAR
                                             KAREN A. ESCOBAR
                                             Assistant United States Attorney


Dated:  June 24, 2024                        /s/ GRIFFIN ESTES
                                             GRIFFIN ESTES
                                             Counsel for Defendant
                                             JESSE TORRES-ALONSO


### **ORDER**

IT IS SO ORDERED that the status conference is continued from July 10, 2024, to **September 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe.**  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 24, 2024**            /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE