1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  GRIFFIN ESTES, CA Bar #322095
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JESSE TORRES-ALONSO
7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. 1:24-cr-00060-JAM-BAM

12              Appellee,                  **STIPULATION TO MODIFY CONDITION
                                           OF PRETRIAL RELEASE; ORDER**
13  vs.

14  JESSE TORRES-ALONSO,

15              Appellant.

16

17  _____

18       IT IS HEREBY STIPULATED by and between the parties through their respective

19  counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant

20  Federal Defender Griffin Estes, counsel for Jesse Torres-Alonso, that the Court may modify

21  Condition 7(n) of his pretrial release, to modify home detention to a curfew.

22       The parties agree and request that the Court make the following findings:

23       1.    On March 21, 2024, the Court release Mr. Torres-Alonso on conditions of pretrial

24  release that included home detention. ECF Dckt. # 16, p 2.  Pursuant to Condition 7(n) of Mr.

25  Torres-Alonso's pretrial release conditions, he "must remain inside [his] residence at all times

26  except for employment; education; religious services; medical, substance abuse, or mental health

27  treatment; attorney visits; court appearances; court-ordered obligations; or other essential

28  activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV

1  appointments, banking needs, or other activities that cannot be completed by another person on

2  your behalf."

3      2.      Since beginning his term of pretrial release Mr. Torres-Alonso has been in full

4  compliance with all his terms. United States Pretrial Release Officer Frank Guerrero has been

5  supervising Mr. Torres-Alonso. Officer Guerrero supports removing the home detention

6  condition from Mr. Torres-Alonso's pretrial conditions.

7      3.      The parties therefore stipulate to modify condition 7(n) so that it is a curfew.

8  Condition 7(n) of Mr. Torres-Alonso's pretrial release conditions should now indicate he "must

9  remain inside [his] residence from 9 p.m. to 4:30 a.m. except for employment; education;

10  religious services; medical, substance abuse, or mental health treatment; attorney visits; court

11  appearances; court-ordered obligations; or other essential activities pre-approved by the pretrial

12  services officer. Essential activities include haircuts, DMV appointments, banking needs, or

13  other activities that cannot be completed by another person on your behalf."

14

15      **IT IS SO STIPULATED.**

16                                          Respectfully submitted,

17                                          PHILLIP A. TALBERT
                                            United States Attorney
18

19  Date: July 16, 2024                     */s/ Karen Escobar*
                                            KAREN ESCOBAR
20                                          Assistant United States Attorney
                                            Attorney for Plaintiff
21

22

23                                          HEATHER E. WILLIAMS
                                            Federal Defender
24

25  Date: July 16, 2024                     */s/ Griffin Estes*
                                            GRIFFIN ESTES
26                                          Assistant Federal Defender
                                            Attorney for Defendant
27                                          JESSE TORRES-ALONSO

28

1

## O R D E R

2

3      The Court adopts the stipulation. The Court therefore will modify Condition 7(n) so that

4   Mr. Torres-Alonso is subject to a curfew, and not home detention. Mr. Torres-Alonso is hereby

5   subject to a curfew from 9 p.m. to 4:30 a.m. All other orders remain in full force and effect.

6

7   IT IS SO ORDERED.

8      Dated:   **July 16, 2024**            /s/ *Erica P. Grosjean*

9                                            UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28