PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00060-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION FOR CONTINUANCE AND EXCLUSION OF TIME; ORDER |
| v. | DATE: September 11, 2024 |
| JESSE TORRES-ALONSO, | TIME: 1:00 p.m. |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendant JESSE TORRES-ALONSO, both individually and by and through his counsel of record, GRIFFIN ESTES, hereby stipulate as follows:

1. This matter is currently set for a status conference on September 11, 2024.

2. By this stipulation, the parties jointly move for a continuance to November 13, 2024, at 1:00 p.m. The parties stipulate that the delay is required to allow the defense reasonable time to conduct further investigation.

3. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties further agree that they will vacate the status conference date and set the matter for a change of plea, in the event the defendant signs the plea agreement.

4. The parties agree that good cause exists for the extension of time, and that the extension

of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between September 11, 2024, and November 13, 2024, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

    IT IS SO STIPULATED.

| | |
|---|---|
| Dated: August 28, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated: August 28, 2024 | /s/ GRIFFIN ESTES<br>GRIFFIN ESTES<br>Counsel for Defendant<br>JESSE TORRES-ALONSO |

## **ORDER**

    IT IS SO ORDERED that the status conference is continued from September 11, 2024, to **November 13, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **August 29, 2024**      /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE