HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JESSE TORRES-ALONSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Appellee,<br><br>vs.<br><br>JESSE TORRES-ALONSO,<br><br>　　　　Appellant. | Case No. 1:24-cr-00060-JAM-BAM<br><br>**STIPULATION TO MODIFY CONDITION OF PRETRIAL RELEASE; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Karen Escobar, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for Jesse Torres-Alonso, that the Court may modify Condition 7(n) of his pretrial release, to modify home detention to a curfew.

　　　　The parties agree and request that the Court make the following findings:

　　　　1.　　On March 21, 2024, the Court released Mr. Torres-Alonso on conditions of pretrial release that included home detention. ECF Dckt. # 16, p 2

　　　　2.　　Since beginning his term of pretrial release Mr. Torres-Alonso has been in full compliance with all his terms. United States Pretrial Release Officer Frank Guerrero has been supervising Mr. Torres-Alonso. Officer Guerrero supports removing the home detention and curfew condition from Mr. Torres-Alonso's pretrial conditions.

3. The parties therefore stipulate to remove condition 7(n) so that Mr. Torres-Alonso is no longer subject to home detention or a curfew.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 11, 2024         */s/ Karen Escobar*
KAREN ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff



HEATHER E. WILLIAMS
Federal Defender

Date: October 11, 2024         */s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
JESSE TORRES-ALONSO


**O R D E R**

**IT IS SO ORDERED.** The Court adopts the stipulation. The Court therefore will remove Condition 7(n). All other orders remain in full force and effect.
IT IS SO ORDERED.

Dated:   **October 11, 2024**              /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Torres-Alonso – Stipulation to Modify Pretrial Release Condition

2