PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-00060-JAM-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER VACATING STATUS CONFERENCE, SETTING CHANGE OF PLEA HEARING, AND EXCLUDING TIME** |
| v. | |
| JESSE TORRES-ALONSO, | DATE: November 13, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney KAREN A. ESCOBAR, and defendant JESSE TORRES-ALONSO, both individually and by and through his counsel of record, GRIFFIN ESTES, hereby stipulate as follows:

1. This matter is currently set for a status conference on November 13, 2024.

2. By this stipulation, the parties jointly move to vacate the status conference date and set for a change of plea on February 11, 2025, before Senior District Judge John A. Mendez.

3. The parties stipulate that the plea agreement will be filed as soon as practicable but no later than December 31, 2024.

4. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

5. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

Therefore, the parties request that the time between November 13, 2024, and February 11, 2025, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  October 31, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  October 31, 2024

/s/ GRIFFIN ESTES
GRIFFIN ESTES
Counsel for Defendant
JESSE TORRES-ALONSO

## ORDER

Having considered the stipulation of the parties, the status conference set for November 13, 2024, at 01:00 p.m., before Magistrate Judge Barbara A. McAuliffe is **VACATED**.  A **Change of Plea Hearing** is hereby **SET** for **February 11, 2025, at 09:00 a.m.**, in person, in Courtroom 6, on the 14th floor of the Robert T. Matsui Federal Courthouse, in Sacramento, California, before Senior District Judge John A. Mendez.

Further, finding that the interests of justice are served by granting this continuance and outweigh the best interest of the public and the defendant in a speedy trial, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) from November 13, 2024, to February 11, 2025.

Dated: November 05, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE