| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
|   | Federal Defender |
| 2 | GRIFFIN ESTES, Bar #322095 |
|   | Assistant Federal Defender |
| 3 | Officer of the Federal Defender |
|   | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
|   | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
|   | JESSE TORRES-ALONSO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:24-cr-00060-JAM-BAM |
|---|---|
| Plaintiff, | DEFENDANT'S MOTION TO EXONERATE BOND; ORDER |
| vs. | Judge: Hon. Erica P. Grosjean |
| JESSE TORRES-ALONSO, | |
| Defendant. | |

Defendant Jesse Torres-Alonso hereby moves this Court to exonerate the cash bond that was posted in this matter, pursuant to Rule 46 of the Federal Rules of Criminal Procedure. *See* ECF Dkct. #14, 15. On March 21, 2024, Mr. Torres-Alonso was arraigned on an indictment. ECF Dckt. # 13. That same day, the court held a detention hearing, and Mr. Torres-Alonso was ordered released on conditions, including the posting of two separate cash bonds. ECF Dckt. # 16 (Condition 7(m): "A $10,000 cash bond to be posted by Bryan Greuter and a $2,000 cash bond to be posted by Jesse Torres-Alonso or a family member posting on his behalf.")  The bonds were posted. ECF Dckt. # 14, 15. The cash bond posted by Mr. Bryan Greuter is receipt # 100002433. *See* ECF Dkct. #15. The cash bond posted by Mr. Torres-Alonso is receipt # 100002432. *See* ECF Dkct. #14.

//

1       On May 20, 2025, Mr. Torres-Alonso appeared for sentencing in front of the Hon. John A. Mendez. ECF Dckt. # 57. The Court sentenced Mr. Torres-Alonso to a term of time-served. *Id*. Since Mr. Torres is no longer on pretrial release and no conditions remain to be satisfied, Mr. Torres hereby moves the court for an order exonerating the bonds in this case. ECF Dckt. #14, 15. Accordingly, since no conditions remain to be satisfied and exoneration of the cash bond is in the interest of justice, it is requested that the Court exonerate the cash bond and order the return of the funds to Bryan Greuter and Jesse Torres Alonso.

Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

Date: May 22, 2025         /s/ *Griffin Estes*  
GRIFFIN ESTES  
Assistant Federal Defender  
Attorney for Defendant  
JESSE TORRES-ALONSO

**ORDER**

IT IS SO ORDERED that the Clerk of the Court shall exonerate the $10,000 and $2,000 cash bonds plus accrued interest (receipt #'s 100002432, 100002433.)

IT IS SO ORDERED.

Dated:  **May 22, 2025**              /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE