HEATHER E. WILLIAMS, #122664
Federal Defender
GRIFFIN ESTES, #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JESSE TORRES-ALONSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JESSE TORRES-ALONSO,<br>Defendant. | Case No. 1:24-cr-00060-JAM<br>***UNOPPOSED*** **MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER**<br>Hon. John A. Mendez |

The defense moves this Court for an order terminating supervised release for the above-named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Kaitlyn Tobin, as well as United States Probation Officer Chris Frausto, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the Court is satisfied that such

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and(B). Under both provisions, no hearing is required here.

action is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

Mr. Torres-Alonso was sentenced in the instant case on May 20, 2025, to time-served, with a 3-year term of supervised release to follow. *See* Dkt. #57. As of the date of this filing, Mr. Torres-Alonso has been on supervised release for a period of approximately 17 months, out of the initially imposed 36-month term. During that time, no petitions for violation of supervised release have been filed. He has maintained a stable residence and employment through his period of supervision. At present, Mr. Torres-Alonso is on low supervision and is living a positive, pro-social, and law-abiding life. Furthermore, Mr. Torres-Alonso maintains his employment with TNG Energy. He continues to travel with his company to complete projects outside of the district, with approval from his officer. Moreover, his employer TNG remains supportive of him. Mr. Torres-Alonso is also happily married. He is living with his wife and mother. He has financial stability. Mr. Torres-Alonos has not submitted any positive drug tests. Given this, continued supervision is no longer necessary given Mr. Torres-Alonso's successfully reintegration into the community.

On September 23, 2026, Mr. Torres-Alonso's probation officer, Chris Frausto, indicated that early termination of supervision was "appropriate." Similarly, on October 7, 2026, Assistant United States Attorney Kaitlyn Tobin indicated via email that the Government did not object to early termination. This unopposed motion was reviewed and approved by Ms. Tobin.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Torres-Alonso and is in the interests of justice. *See* 18 U.S.C. § 3583(e)(1).

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 7, 2026

/s/ *Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
JESSE TORRES-ALONSO

**O R D E R**

On October 7, 2026, Defendant filed an Unopposed Motion for Early Termination of Supervised Release. See ECF No. 61. Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby **TERMINATES** the terms of supervised release imposed in the above-referenced case and **DISCHARGES** JESSE TORRES-ALONSO for the reasons set forth in his Motion. It is further ordered that the proceedings in this case be **TERMINATED**.

**IT IS SO ORDERED.**

Dated: October 09, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE